IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| BARBARA G. MCCLENDON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | 1:10CV411 |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

This matter is before the Court on a Recommendation of the United States Magistrate Judge recommending that Plaintiff's Motion for Judgment on the Pleadings be granted, that Defendant's Motion for Judgment on the Pleadings be denied, and that this case be remanded to the Commissioner for further proceedings. The Recommendation was filed on January 4, 2012, and notice was served on the parties pursuant to 28 U.S.C. § 636(b). On January 12, 2012, Defendant filed timely Objections to the Recommendation. The Court has now reviewed de novo the Objections and the portions of the Recommendation to which objection was made, and finds that the Objections do not change the substance of the United States Magistrate Judge's ruling. The Magistrate Judge's Recommendation [Doc. #14] is therefore affirmed and adopted.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Judgment on the Pleadings [Doc. #9] is GRANTED, that Defendant's Motion for Judgment on the Pleadings [Doc. #11] is DENIED, and that this case is REMANDED to the Commissioner for further proceedings consistent with the Magistrate Judge's Recommendation. A Judgment remanding this action will

be entered contemporaneously with this Order.

This, the 24th day of April, 2012.

                                                   /s/ James A. Beaty
                                                   United States District Judge